FILED
2014 MAY 32 PM 1:41
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

FRANK A. WEISER, (Bar No. 89780)
Attorney at Law
3460 Wilshire Blvd., Ste. 1212
Los Angeles, California 90010
(213) 384-6964 - (voice)
(213) 383-7368 - (fax)
maimons@aol.com - (e-mail)

Attorney for Plaintiff
CARLOS VELASCO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARLOS VELASCO,

        Plaintiff,

vs.

CITY OF LOS ANGELES, a municipal corporation; CITY OF LOS ANGELES HOUSING DEPARTMENT; APRIL AGUILAR; DOES 1-10, Inclusive,

        Defendants.

No. CV14-3411 SJO VBKx

COMPLAINT FOR DAMAGES;
INJUNCTIVE AND
DECLARATORY RELIEF
[Violation of Federal
Civil Rights]

**DEMAND FOR JURY TRIAL**

Plaintiff CARLOS VELASCO ("Plaintiff" or "Velasco") as a Complaint states and alleges as follows:

1

## JURISDICTION AND VENUE

1. Jurisdiction of the federal court exists pursuant to 28 U.S.C. Section 1331 and 28 U.S.C. Section 1343 (a)(3). This action, which arises under the laws and Constitution of the United States, specifically, under the Fourth and Fourteenth Amendments of the United States Constitution, and involves violations of federal law actionable pursuant to 42 U.S.C. Section 1983.

2. Venue is proper in this District pursuant to 28 U.S.C. Section 1391(b) in that all the individual defendants reside and are employed in this District, and the claims arose in this District.

## PARTIES

3. Plaintiff is a resident of the City of Los Angeles and the owner and lessor of real estate located at 314-318 Firmin Street, Los Angeles, CA 90026 (the "Property").

4. The Defendant CITY OF LOS ANGELES ("City") is a municipal corporation organized under its charter and the laws of the State of California.

5. The Defendant CITY OF LOS ANGELES HOUSING DEPARTMENT ("LAHD") is, and at all times herein mentioned was, and is a public entity and division of the City organized under the laws and constitution of the State of California and the City's charter who duties include

1  enforcement of the City's laws and ordinances dealing with
2  housing.
3      6.  The Defendant APRIL AGUILAR ("Aguilar") was at
4  all times material herein a Housing Investigator for the
5  Investigation and Enforcement Section of the LAHD.
6      7.  The true names and capacities, whether
7  individual, corporate, associate or otherwise, herein named
8  as DOES 1 through 10, and persons heretofore unknown
9  involved in the actions taken against plaintiffs are unknown
10 to him at this time. Plaintiffs are informed and believe and
11 based thereon alleges that each of the DOE defendants is
12 responsible in some manner for the occurences herein referred
13 to, and that plaintiffs' injuries and damages as herein
14 alleged were proximately caused by those defendants.
15 Plaintiffs sue said defendants by such fictitious names on
16 the grounds that the true names and capacities of said
17 defendants are unknown to them at this time. Plaintiff will
18 amend this complaint when the true names and capacities of
19 said DOE defendants are ascertained. Each reference in this
20 complaint to "defendant", "defendants" or a specifically
21 named defendant also refers to defendants sued under
22 fictitious names.

FACTS COMMON TO ALL CLAIMS

8. Within the past year from the filing of this complaint, Plaintiff became embroiled in a landlord-tenant dispute with a person who was residing at a trailer located at the property by the name of Cynthia Evanston ("Evanston").

9. Evanston refused to pay plaintiff rent as required of her under her agreement with plaintiff and when plaintiff demanded that she either pay the past rent due or leave the property, Evanston began a retaliatory campaign against plaintiff by complaining to the City and LAHD that the property was maintained in a substandard condition, a fact that Plaintiff denies, in order to circumvent her payment on the rent.

10. On multiple occassions, Evanston called LAHD and to complain about property being in substandard condition and, in paricular, about the substandard condition of plaintiff's residence where he resides on the property with his wife.

11. As a result of Evanston's complaints about the substandard condition and the substandard condition of plaintiff's residence, on multiple occassions within the last year the defendants CITY, LAHD and its inspectors, including Aguilar, came onto the property and also entered into plaintiff's residence to inspect the property and his residence without his or his wife's prior knowledge, consent

and without an administrative warrant or a court order to inspect. Plaintiff does not speak, write or understand English.

12. The non-consensual warrantless inspections alleged against the defendants CITY, LAHD, and its inspectors, including Aguilar, did not constitute inspections to abate an emergency so as to relieve the defendants from the requirements of the Fourth Amendment of the United States Constitution.

13. As a result of the non-consensual warrantless inspections alleged against the defendants CITY, LAHD and its inspectors, including Aguilar, plaintiff was cited with a substandard order to remove all RV trailers from the property and to pay relocation assistance to his tenants including Evanston. In doing so, the defendants CITY, LAHD and its inspectors, including Aguilar, have imposed civil penalties plaintiff pursuant to their inspertions of the property without his consent or a prior court order.

14. The defendants CITY, LAHD and its inspectors, including Aguilar, further demand that plaintiff allow them access to the property for further inspections without his consent or an administrative warrant or court order, and if plaintiff refuses to do so that he will be subject to civil or criminal penalties.

Based on the above facts, Plaintiff alleges the following claims:

## FIRST CLAIM FOR RELIEF

(Violation of Civil Rights Under 42 U.S.C. Section 1983 by Plaintiff Against All Defendants)

15. Plaintiff realleges and incorporates herein by reference to each and every allegation contained in Paragraphs 1 through 14, and all its subparts, inclusive, as set forth hereinabove.

16. Plaintiff is informed and believes, and based upon such information and belief allege, that in doing all of the things herein mentioned, Defendants, and each of them, acted under color of the statutes, regulations, customs and usages of the City of Los Angeles and the State of California for purposes of "state action" and "color f law" under 42 U.S.C. Section 1983.

17. Plaintiff is further informed and believes, and based upon such information and belief allege, that by taking the actions hereinabove alleged in paragraphs 1 thru 14 above, Defendants, and each of them, violated the constitutional and civil rights of Plaintiffs, in particular the Fourth and Fourteenth Amendments of the United States Constitution to be free from a unreasonable searches and seizures of his property; that said non-copnsensual and warrantless inspections of plaintif's property also violates the substantive and procedural component of the Due Process Clause of the Fourteenth Amendment.

6

18. The City's actions describe in paragraphs 1-17 above was done pursuant to official policy, custom, or practice, and the individual defendants sued individually, inmcluding Aguilar, are not entitled to immunity from suit.

19. As a proximate result of the foregoing acts of defendants, and each of them, plaintiff has suffered and continues to suffer extreme hardship and damages, which damages include, but is not limited to, severe emotional distress. Plaintiff is informed and believes, and based upon such information and belief alleges, that the damages he has suffered and continue to incur will be according to proof at trial but not less than $1,000,000.00 against the Defendants, and each of them, and that he is also entitled to appropriate declaratory and injunctive relief against all the defendants, and punitive damages against the Individual Defendants and to his reasonable attorneys fees under 42 U.S.C. section 1988.

WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

### FIRST CLAIM FOR RELIEF

1. For damages according to proof at trial but not less than $1,000,000.00;
2. For declaratory and injunctive relief;
3. For punitive damages;
4. For attorney's fees pursuant to 42 U.S.C. Section 1988;

## FOR ALL CLAIMS FOR RELIEF

5. For costs of suit; and

6. For such other and further relief as the Court deems just and proper.

DATED: April 28, 2014     LAW OFFICES OF FRANK A. WEISER

By: _____
FRANK A. WEISER, Attorney for
Plaintiff CARLOS VELASCO

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial pursuant to F.R.C.P. 38.

DATED: April 28, 2014     LAW OFFICES OF FRANK A. WEISER

By: _____
FRANK A. WEISER, Attorney for
Plaintiff CARLOS VELASCO

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| CARLOS VELASCO, | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) Civil Action No. CV14-3411 SJO VBKx |
| v. | ) |
| CITY OF LOS ANGELES, a municipal corporation; CITY OF LOS ANGELES HOUSING DEPARTMENT; APRIL AGUILAR; DOES 1-10 Inclusive, | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Frank A. Weiser (#89780)
Attorney at Law
3460 Wilshire Blvd., Suite 1212
Los Angeles, CA 90010
(213) 384-6964 - (voice); (213) 383-7368 (fax); maimons@aol.com (e-mail)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5-2-14

_Signature of Clerk or Deputy Clerk_

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

Carlos Velasco

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

City of Los Angeles, a municipal corporation, City of Los Angeles Housing Department, April Aguilar, Does 1-10 Inclusive

**(b) County of Residence of First Listed Plaintiff** Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Los Angeles
(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.
Frank A. Weiser (#89780)
Law Offices of Frank A. Weiser
3460 Wilshire Blvd., Suite 1212
Los Angeles, CA 90010 - (213) 384-6964 (voice), (213) 383-7368 (fax)

Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.
Michael Feuer, City Attorney
Office of the City Attorney of Los Angeles
200 N. Main Street, Suite 800
Los Angeles, CA 90012 - (213) 978-8100

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT:** $ according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 U.S.C. Section 1983 - Violation of Federal Civil Rights

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☒ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☒ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: CV14-3411

CV-71 (11/13) CIVIL COVER SHEET Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court?<br>☐ Yes ☒ No<br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action?<br>☐ Yes ☒ No<br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF?<br>Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?<br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims?<br>(Make only one selection per row) | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**C.1.** Is either of the following true? If so, check the one that applies:

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2.** Is either of the following true? If so, check the one that applies:

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | WESTERN DIVISION |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court** and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed **in this court** that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
- ☐ A. Arise from the same or closely related transactions, happenings, or events; or
- ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _/s/ John A. Weine_    **DATE:** April 28, 2014

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |