FILED
CLERK, U.S. DISTRICT COURT
July 16, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

**FRANK A. WEISER (SBN 89780)**
**LAW OFFICES OF FRANK A. WEISER**
3460 Wilshire Boulevard, Suite 1212
Los Angeles, CA 90012
Telephone: (213) 384-6964/Facsimile: (213) 383-7368
Email: maimoms@aol.com

Attorney For Plaintiff Carlos Velasco

**MICHAEL N. FEUER, City Attorney (SBN 111529)**
**CRAIG TAKENAKA, Managing Asst.City Attorney (SBN 128898)**
**DEBORAH BREITHAUPT, Deputy City Attorney (SBN170206)**
**OFFICE OF THE LOS ANGELES CITY ATTORNEY**
City Hall East, 200 North Main Street, Suite 916
Los Angeles, CA 90012-4130
Telephone: (213) 978-7965/Facsimile: (213) 978-7957
Email: Deborah.breithaupt@lacity.org

Attorneys for Defendants City of Los Angeles, Los Angeles Housing Department, April Aguilar

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VELASCO,<br><br>        Plaintiff,<br>    vs.<br><br>CITY OF LOS ANGELES, a municipal corporation; CITY OF LOS ANGELES HOUSING DEPARTMENT; APRIL AGUILAR; DOES 1-10, Inclusive,<br><br>        Defendants. | **CASE 14-CV-3411 SJO (VBKx)**<br><br>**(PROPOSED) ORDER RE:**<br><br>**DISMISSAL WITHOUT PREJUDICE** |

/ / /

/ / /

/ / /

The Court having received and reviewed the joint stipulation of the parties to dismiss the above-entitled action without prejudice, with no fees or costs awarded, **HEREBY ORDERS** this case dismissed without prejudice with no costs or fees.

**IT IS SO ORDERED.**

Dated:   July 16, 2015.

_____
HONORABLE S. JAMES OTERO

PROOF OF SERVICE

I, DEBORAH BREITHAUPT, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 916 City Hall East, 200 North Main Street, Los Angeles, CA 90012, which is in the County, City and State where this mailing occurred.

On July 13 2015, I served the document(s) described as (PROPOSED) ORDER RE: JOINT STIPULATION RE: DISMISSAL on all interested parties in this action:

    Frank A. Weiser
    Attorney at Law
    3460 Wilshire Blvd., Ste. 1212
    Los Angeles, California 90010
    Telephone:  (213) 384-6964
    Facsimile:   (213) 383-7368

**[STATE]**

I enclosed true copies of the documents(s) in a sealed envelope or package addressed to the person(s) address(es) as above and:

**By United States Mail**:

[X]   placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

[X]   deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 13, 2014

<u>Deborah Breithaupt</u>        <u>          /s/                    </u>
Name of Declarant        Signature of Declarant

3

(PROPOSED) ORDER RE: DISMISSAL